UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS GUERRERO, | ) | Case No. ED CV 10-1717 DDP (MRW) |
|       Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF |
| MICHAEL MCDONALD, Warden | ) | UNITED STATES MAGISTRATE JUDGE |
|       Respondent. | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATE: _December 6, 2011_      _____

                                                        HON. DEAN D. PREGERSON
                                                        UNITED STATES DISTRICT JUDGE