UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS GUERRERO, | ) | Case No. ED CV 10-1717 DDP (MRW) |
|           Petitioner, | ) | |
|    vs. | ) | JUDGMENT |
| MICHAEL MCDONALD, Warden, | ) | |
|           Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: _December 6, 2011_     _____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE