# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GUERRERO,<br><br>        Petitioner,<br>    vs.<br>MICHAEL MCDONALD, Warden,<br><br>        Respondent. | Case No. ED CV 10-1717 DDP (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: _December 6, 2011_                    _____
                                            HON. DEAN D. PREGERSON
                                            UNITED STATES DISTRICT JUDGE